**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

TRACY LYNN ROBINSON

JADRIAN JARROD ROBINSON

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 9

**Case Number:** 24-51801

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Bridgecrest Acceptance Corporation**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only      ☑ Payment only      ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent

P.O. Box 4138

Houston, TX 77210

TO:

Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent

PO Box 661384

Dallas,TX 75266-1384

Date:  08/11/2026

/s/ Amit Rohit

Creditor's Authorized Agent for Bridgecrest Acceptance Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

                                         **Chapter:**   13

  TRACY LYNN ROBINSON
  JADRIAN JARROD ROBINSON               **Case Number:** 24-51801
**Debtor(s)**

## Certificate of Service

I certify that on 08/11/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:


Via CM / ECF / NEF


Attorney for Debtor
THOMAS CARL ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
WARREN A CUNTZ JR
WCUNTZCOURT@GPORT13.COM


                                   /s/ Amit Rohit

                                   Amit Rohit
                                   AIS Portfolio Services, LLC
                                   4515 N Santa Fe Ave. Dept. APS
                                   Oklahoma City, OK 73118
                                   888-455-6662
                                   ECFNotices@aisinfo.com